1  Catherine Cabalo, Esq. (CA Bar No. 248198)
2  Peiffer Wolf Carr Kane Conway & Wise, LLP
   555 Montgomery St., Suite 820
3  San Francisco, CA 94111
   Telephone: 415.766.3592
4  Facsimile: 415.402.0058
5  Email: ccabalo@peifferwolf.com

6  *Attorneys for Plaintiffs*
7  *Tifanny Espino, Lourdes Espino,*
   *and Christopher Coria*
8

9                    **UNITED STATES DISTRICT COURT**

10      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11

12 | TIFANNY    ESPINO,    LOURDES | Case No. 2:22-cv-05880 SPG-JPR
13 | ESPINO, and CHRISTOPHER CORIA, | **NOTICE OF SETTLEMENT**

14 |                Plaintiffs,

15 |        vs.

16 | REGENTS OF THE UNIVERSITY OF
17 | CALIFORNIA; JENNIFER SINGER,
   | MD, Chief of Staff of Ronald Reagan
18 | UCLA Medical Center, in her official
   | capacity; JOEL R. STOCKMAN, MD,
19 | Chief of Staff of UCLA Santa Monica
   | Medical Center, in his official capacity;
20 | and DOES 1-20, Inclusive,

21 |                Defendants.

22       TO THE COURT, ALL PARTIES, AND COUNSEL FOR ALL PARTIES:
23       PLEASE TAKE NOTICE that all Plaintiffs hereby alert the Court that they
24  have reached an agreement with Defendants to resolve all claims between them
25  pending in this action and are in the process of signing a settlement agreement and
26  release ("Agreement"). Plaintiffs anticipate they and Defendants will have effectuated
27  the Agreement and be in a position to dismiss the case by January 31, 2024.
28

-1-
NOTICE OF SETTLEMENT

1

2   DATED:  November 15, 2023          PEIFFER WOLF CARR KANE CONWAY &
                                       WISE, LLP
3

4

5                                      By:      */s/ Catherine Cabalo*
                                             CATHERINE CABALO
6                                            Attorneys for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28