**NO FEES DUE GOV'T CODE §6103**

FRASER WATSON & CROUTCH, LLP
Todd E. Croutch, State Bar No. 143933
  tcroutch@fwcllp.com
Marijana Kral, State Bar No. 162499
  mkral@fwcllp.com
1100 West Town and Country Road, Suite 1030
Orange, California 92868-4687
Telephone: (714) 533-3373
Facsimile: (714) 543-3374

Attorneys for Defendants, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; JENNIFER SINGER, M.D.; JOEL R. STOCKMAN, M.D.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TIFANNY ESPINO, LOURDES ESPINO, and CHRISTOPHER CORIA,<br><br>Plaintiffs,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and DOES 1-20, Inclusive,<br><br>Defendants. | Case No. 2:22-cv-05880<br><br>The Honorable Sherilyn Peace Garnett<br>Courtroom 5C<br><br>**STIPULATION OF PARTIES RE: UPDATE ON STATUS OF DISMISSAL AND REQUESTED CONTINUANCE OF THE FEBRUARY 7, 2024 OSC RE: DISMISSAL** |

WHEREAS, in this Case Number 2:22-cv-05880, the parties have reached a settlement and the settlement agreement and general release ["release"] has been approved by the parties; and

The release has been signed by all plaintiff-related individuals and, is in the process of being signed by all defense-related individuals via The Regents required internal process; and

The parties anticipate the signature process and any other requirements of the release will be completed and the case can then be dismissed in approximately 45

-1-

13721830.1

STIPULATION OF PARTIES RE: UPDATE ON STATUS OF DISMISSAL AND  REQUESTED CONTINUANCE OF THE FEBRUARY 7, 2024 OSC RE: DISMISSAL

days; and

An OSC re: Dismissal is set for February 7, 2024, at 1:30 p.m. in Department 5C of the United States District Court for the Central District of California; and

Counsel for plaintiffs and counsel for defendants desire to update the Court on the status of dismissal, avoid any unnecessary use of Court resources, and request a continuance of the February 7, 2024 OSC re: Dismissal;

IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:

If it pleases the Court, the parties request the February 7, 2024 OSC re: Dismissal be continued for a period of approximately 45 days, to a date in March or April of 2024, convenient for the Court's calendar.

In witness to our agreement to the foregoing, and with our clients' permission, we have signed below on the dates so indicated.  IT IS SO STIPULATED.

DATED:  February 2, 2024            FRASER WATSON & CROUTCH, LLP

By: _____
Todd E. Croutch
Daniel K. Dik
Marijana Kral
Attorneys for Defendants, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; JENNIFER SINGER, M.D.; and JOEL R. STOCKMAN, M.D.

DATED:  February 2, 2024            PFEFFER WOLF

By:   /s/ Catherine Cabalo
Catherine Cabalo
Attorneys for Plaintiffs, TIFANNY ESPINO; LOURDES ESPINO; and CHRISTOPHER CORIA

-2-
STIPULATION OF PARTIES RE: UPDATE ON STATUS OF DISMISSAL AND  REQUESTED CONTINUANCE OF THE FEBRUARY 7, 2024 OSC RE: DISMISSAL

13721830.1

# PROOF OF SERVICE

**Tifanny Espino, et al. v. The Regents of the University of California**
**Case No. 2:22-cv-05880**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of .  My business address is 1100 West Town and Country Road, Suite 1030, Orange, CA 92868-4687.

On February 2, 2024, I served true copies of the following document(s) described as **STIPULATION OF PARTIES RE: UPDATE ON STATUS OF DISMISSAL AND  REQUESTED CONTINUANCE OF THE FEBRUARY 7, 2024 OSC RE: DISMISSAL** on the interested parties in this action as follows:

| | |
|---|---|
| Catherine Cabalo<br>Peiffer Wolf Carr Kane Conway & Wise, LLP<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Tel: (415) 766-3592<br>Fax: (415) 840-9435<br>Email: ccabalo@peifferwolf.com | *Attorneys for Plaintiffs Tifanny Espino, Lourdes Espino, and Christopher Coria* |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address emoreno@fwcllp.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 2, 2024, at Orange, California.

*Eva Moreno*

_____
Eva Moreno

13721830.1

STIPULATION OF PARTIES RE: UPDATE ON STATUS OF DISMISSAL AND  REQUESTED CONTINUANCE OF THE FEBRUARY 7, 2024 OSC RE: DISMISSAL