**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| TIFANNY ESPINO, LOURDES ESPINO, and CHRISTOPHER CORIA,<br><br>Plaintiffs,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and DOES 1-20, Inclusive,<br><br>Defendants. | Case No. 2:22-cv-05880-SPG-JPR<br><br>The Honorable Sherilyn Peace Garnett Courtroom 5C<br><br>**ORDER ON STIPULATION OF PARTIES RE: UPDATE ON STATUS OF DISMISSAL AND REQUESTED CONTINUANCE OF THE FEBRUARY 7, 2024 OSC RE: DISMISSAL** |

Counsel for all parties have signed and filed with the Court a stipulation providing an update on the status of dismissal and requested continuance of the February 7, 2024 OSC re: dismissal. Having received and reviewed that stipulation, and finding good cause to do so, the Court grants the relief requested in said stipulation.

///

///

///

13722117.1

ORDER ON STIPULATION

IT IS ORDERED that the February 7, 2024 OSC re: Dismissal is continued and shall instead take place on April 3, 2024, at 1:30 p.m. in Courtroom 5C of the United States Court for the Central District of California.

IT IS SO ORDERED.

Dated: February 2, 2024



HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT COURT