Catherine Cabalo, Esq. (CA Bar No. 248198)
Peiffer Wolf Carr Kane Conway & Wise, LLP
555 Montgomery St., Suite 820
San Francisco, CA 94111
Telephone: 415.766.3592
Facsimile: 415.402.0058
Email: ccabalo@peifferwolf.com

*Attorneys for Plaintiffs*
*Tifanny Espino, Lourdes Espino,*
*and Christopher Coria*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| TIFANNY ESPINO, LOURDES ESPINO, and CHRISTOPHER CORIA, <br><br> Plaintiffs, <br><br> v. <br><br> REGENTS OF THE UNIVERSITY OF CALIFORNIA; JENNIFER SINGER, MD, Chief of Staff of Ronald Reagan UCLA Medical Center, in her official capacity; JOEL R. STOCKMAN, MD, Chief of Staff of UCLA Santa Monica Medical Center, in his official capacity; and DOES 1-20, Inclusive, <br><br> Defendants. | Case No. CV 22-05880-SPG-JPR <br><br> Civil Rights <br><br> **STIPULATED DISMISSAL OF ACTION** <br> **[F.R.C.P. Rule 41]** |

Plaintiffs Tifanny Espino, Lourdes Espino, Christopher Coria and Defendants The Regents of the University of California, Jennifer Singer, M.D., and Joel R. Stockman, M.D., (collectively, the "Parties") have settled this matter and seek to dismiss it in full. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties respectfully stipulate to dismiss this matter with prejudice. Each party will bear its own costs and fees.

**IT IS SO STIPULATED.**

Date: March 13, 2024               PEIFFER WOLF CARR KANE CONWAY & WISE, LLP

                                   */s/ Catherine Cabalo*

                                   By: CATHERINE CABALO, Esq.
                                   Attorneys for Plaintiffs
                                   TIFANNY ESPINO, LOURDES ESPINO, AND CHRISTOPHER CORIA

Date: March 12, 2024               FRASER, WATSON & CROUTCH, LLP

                                   */s/ Marijana Q. Kral*

                                   By: MARIJANA Q. KRAL, Esq.
                                   Daniel K. Dik, Esq.
                                   Attorneys for Defendants
                                   THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; JENNIFER SINGER, M.D.; JOEL R. STOCKMAN, M.D.

**CERTIFICATION PURSUANT TO LOCAL RULE 5-4.3.4(A)(2)(I)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Catherine Cabalo, on March 12, 2024, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

>  */s/ Catherine Cabalo*
>  Catherine Cabalo