JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIFANNY ESPINO, LOURDES ESPINO, and CHRISTOPHER CORIA,<br><br>              Plaintiffs,<br><br>     v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; JENNIFER SINGER, MD, CHIEF OF STAFF OF RONALD REAGAN UCLA MEDICAL CENTER, IN HER OFFICIAL CAPACITY; JOEL R. STOCKMAN, MD, CHIEF OF STAFF OF UCLA SANTA MONICA MEDICAL CENTER, IN HIS OFFICIAL CAPACITY; AND DOES 1-20, INCLUSIVE,<br><br>              Defendants. | Case No. CV 22-05880-SPG-JPR<br><br>**ORDER GRANTING STIPULATED DISMISSAL OF ACTION** |

//

//

//

1

Pursuant to the stipulation of the parties, (ECF No. 72), and for good cause shown, IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. Each party shall bear its own costs and fees.

IT IS SO ORDERED.

Dated:  March 15, 2024

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT COURT JUDGE